CLOSED

## U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00039-JLR

Home Technologies Bellevue LLC v. LG Philips LCD Co LTD et al
Assigned to: James L. Robart
Cause: 15:1 Antitrust Litigation

Date Filed: 01/09/2007
Date Terminated: 06/11/2007
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Home Technologies Bellevue LLC**  represented by  **Anthony D Shapiro**
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Fax: FAX 623-0594
Email: tony@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory L Russell**
PETERSON RUSSELL KELLY PLLC
10900 NE 4TH ST
STE 1850
BELLEVUE, WA 98004-8341
425-462-4700
Email: grussell@prklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T Callan**
PETERSON RUSSELL KELLY PLLC
10900 NE 4TH ST
STE 1850
BELLEVUE, WA 98004-8341
425-462-4700
Fax: 425-451-0714
Email: mcallan@prklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
HAGENS BERMAN SOBOL SHAPIRO LLP

                                      1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Co LTD**

**Defendant**

**LG Phillips LCD America Inc**   represented by **Christopher G. Emch**
FOSTER PEPPER (SEA)
1111 3RD AVE
STE 3400
SEATTLE, WA 98101-3299
206-447-4400
Fax: FAX 749-1934
Email: emchc@foster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Snyder**
FOSTER PEPPER (SEA)
1111 3RD AVE
STE 3400
SEATTLE, WA 98101-3299
206-447-4400
Fax: FAX 749-2052
Email: snydd@foster.com
*TERMINATED: 02/22/2007*

**Defendant**

**Samsung Electronics Co Ltd**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba Matsushita Display**

Technology Co LTD

**Defendant**

**Hitachi LTD**

**Defendant**

**Hitachi Displays LTD**

**Defendant**

**Hitachi America LTD**

**Defendant**

**Hitachi Electronic Devices (USA) Inc**

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

**Defendant**

**NEC Corporation**

**Defendant**

**NEC LCD Technologies LTD**

**Defendant**

**NEC Electronics America Inc**

**Defendant**

**IDT International LTD**

**Defendant**

**International Display Technology Co LTD**

**Defendant**

**International Display Technology USA Inc**

**Defendant**

**AU Optronics**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics Corporation**

**Defendant**

Chi Mei Optoelectronics USA Inc

**Defendant**

Chunghwa Picture Tubes LTD

**Defendant**

Hannstar Display Corporation

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/09/2007 | 1 | CLASS ACTION COMPLAINT against defendant(s) Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Matsushita Display Technology Co LTD, Hitachi LTD, Hitachi Displays LTD, Hitachi America LTD, Hitachi Electronic Devices (USA) Inc, Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies LTD, NEC Electronics America Inc, IDT International LTD, International Display Technology Co LTD, International Display Technology USA Inc, AU Optronics, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA Inc, Chunghwa Picture Tubes LTD, Hannstar Display Corporation, LG Philips LCD Co LTD, LC Philips LCD America Inc, Samsung Electronics Co Ltd (Summons(es) issued) (Receipt # SEA6433), filed by Home Technologies Bellevue LLC. (Attachments: # 1 Civil Cover Sheet) (DJ) (Entered: 01/12/2007) |
| 01/12/2007 | 2 | NOTICE of Filing with the Judicial Panel on Multidistrict Litigation *Cross-Motion to Consolidate and Transfer Actions to the Western District of Washington* by Plaintiff Home Technologies Bellevue LLC (Attachments: # 1 Memorandum of Law # 2 Proof of Service)(LT, ) (Entered: 01/17/2007) |
| 01/22/2007 | 3 | SERVICE OF SUMMONS and Complaint returned executed upon defendant International Display Technology USA Inc on 1/16/2007 (LT, ) (Entered: 01/23/2007) |
| 01/22/2007 | 4 | SERVICE OF SUMMONS and Complaint returned executed upon defendant LC Philips LCD America Inc on 1/16/2007 (LT, ) (Entered: 01/23/2007) |
| 01/22/2007 | 5 | SERVICE OF SUMMONS and Complaint returned executed upon defendant LG Philips LCD Co LTD on 1/16/2007 (LT, ) (Entered: 01/23/2007) |
| 01/22/2007 | 6 | SERVICE OF SUMMONS and Complaint returned executed upon defendant NEC Electronics America Inc on 1/16/2007 (LT, ) (Entered: 01/23/2007) |
| 01/22/2007 | 7 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Chi Mei Optoelectronics USA Inc on 1/16/2007 (LT, ) (Entered: 01/23/2007) |
| | | |

| | | |
|---|---|---|
| 01/24/2007 | 8 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Hitachi Electronic Devices (USA) Inc on 1/18/2007 (MD, ) (Entered: 01/25/2007) |
| 01/25/2007 | 9 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT FRCP 26f Conference Deadline is 3/12/2007. Initial Disclosure Deadline is 3/26/2007. Joint Status Report due by 3/26/2007; by Judge James L. Robart. (CC, ) (Entered: 01/25/2007) |
| 01/26/2007 | 10 | STIPULATION AND PROPOSED ORDER *For Extension Of Time* by parties. (Snyder, David) (Entered: 01/26/2007) |
| 01/26/2007 | 11 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1. (Snyder, David) (Entered: 01/26/2007) |
| 01/26/2007 | 12 | SERVICE OF SUMMONS and Complaint returned executed upon defendant AU Optronics Corporation America on 1/18/2007 (MD, ) (Entered: 01/29/2007) |
| 02/05/2007 | 13 | ORDER COURT DENIES re 10 Stipulation for an extension of time filed by Home Technologies Bellevue LLC, LC Philips LCD America Inc, by Judge James L. Robart. (MD, ) (Entered: 02/05/2007) |
| 02/05/2007 | 14 | NOTICE of Filing Related Action (*Martel v. Sharp Corporation et al., NDCA case no. 3:06-cv-07888-EDL*) with the JPMDL by Plaintiff Dr. Steven Martel. (Attachments: # 1 Notice of Appearance# 2 Notice of Joinder re Motion for Transfer and Consolidation# 3 Proof of Service) (LT, ) (Entered: 02/05/2007) |
| 02/07/2007 | 15 | NOTICE by Defendant LC Philips LCD America Inc re 13 Order *Dated February 5, 2007 (Notice Of Pleadings Submitted To The Judicial Panel On Multidistrict Litigation)* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Snyder, David) (Entered: 02/07/2007) |
| 02/07/2007 | 16 | STIPULATION AND PROPOSED ORDER *Amended Stipulation For Extension Of Time* by parties re 10 Stipulation, 13 Order. (Snyder, David) (Entered: 02/07/2007) |
| 02/08/2007 | 17 | AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME re 16 Stipulation filed by LC Philips LCD America Inc, by Judge James L. Robart. (MD, ) (Entered: 02/08/2007) |
| 02/08/2007 | 18 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Hitachi America LTD on 1/8/2007 (LT, ) (Entered: 02/09/2007) |
| 02/20/2007 | 19 | Letter from Gordon Pearson re: Amended Stipulation for Extension of Time re 17 Amended Stipulation (Entered: 02/20/2007) |
| 02/20/2007 | 20 | Letter from Matthew C Lovell re 17 Amended stipulation for extension of time (MD, ) (Entered: 02/22/2007) |
| | | |

| | | |
|---|---|---|
| 02/22/2007 | 21 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney David Snyder for Defendant LG Phillips LCD America Inc. (Snyder, David) (Entered: 02/22/2007) |
| 03/01/2007 | 22 | STIPULATION AND PROPOSED ORDER *For Extension Of Initial Scheduling Dates* by parties re 9 FORM - Joint Status Report Order, 17 Order. (Attachments: # 1 Exhibit A)(Emch, Christopher) (Entered: 03/01/2007) |
| 03/09/2007 | 23 | ORDER - The Court GRANTS the parties proposed order, except that instead of resetting dates in the court's scheduling order it STRIKES the order (Dkt.#9) pending a ruling by the MDL Panel. Once the MDL Panel rules on the pending motion, the court will issue a new scheduling order, if appropriate re 22 Stipulation filed by LG Phillips LCD America Inc by Judge James L. Robart. (MD, ) (Entered: 03/09/2007) |
| 03/12/2007 | 24 | NOTICE to MDL Panel re: Notice of presentation or waiver of oral argument (MD, ) (Entered: 03/13/2007) |
| 03/12/2007 | 25 | NOTICE to MDL Panel re: Notice of appearance; Notice of Presentation or Waiver of Oral Argument; Interested party response in support of Motion for transfer and consolidation of related Antitrust Actions in the Northern Dist of CA; Rule 5.3 Corporated Disclosure Statement; Certificate of service(MD, ) (Entered: 03/13/2007) |
| 03/28/2007 | 26 | NOTICE (copy) to MDL Panel re: notice of presentationor waiver of oral argument (MD, ) (Entered: 03/29/2007) |
| 04/23/2007 | 27 | NOTICE *of Ruling By The Judicial Panel On MultiDistrict Litigation* ; filed by Plaintiff Home Technologies Bellevue LLC. (Shapiro, Anthony) (Entered: 04/23/2007) |
| 05/15/2007 | 28 | NOTICE BY MDL PANEL with copy of CTO 1 attached regarding MDL 1827 in re TFT-LCD Flat Panel Antitrust Litigation(RS, ) (Entered: 05/15/2007) |
| 06/11/2007 | 29 | MDL 1827 CONDITIONAL TRANSFER ORDER (CTO 1); in re TFT-LCD Flat Panel Antitrust Litigation; Northern District of CA, San Francisco; assigned to Judge Susan Illston ; clerk forwarded the original case file records downloaded on a CD and a certified copy of the docket entries. (RS, ) (Entered: 06/12/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/20/2007 12:33:33 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-00039-JLR |
| Billable Pages: | 3 | Cost: | 0.24 |